FILED
CLERK, U.S. DISTRICT COURT

SEP 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR 313-VBF |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| Jesus Garcia-Lara | ) | Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A.  (X) the appearance of defendant as required; and/or

    B.  (X) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _CHARGES IN PETITION_

B. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _CHARGES IN PETITION._

IT IS ORDERED that defendant be detained.

DATED: _SEPT 26, 2008_

~~HONORABLE JACQUELINE CHOOLJIAN~~
United States Magistrate Judge
HONORABLE JENNIFER T. LUM